No. 94–654. REALBUTO v. HOWE, INDIVIDUALLY AND AS COMMISSIONER OF THE NEW YORK STATE OFFICE OF MENTAL RETARDATION AND DEVELOPMENTAL DISABILITY, ET AL. C. A. 2d Cir. Certiorari denied. 

No. 94–662. CITY OF HENDERSON ET AL. v. NEVADA ENTERTAINMENT INDUSTRIES, INC., ET AL.; and
No. 94–786. NEVADA ENTERTAINMENT INDUSTRIES, INC., ET AL. v. CITY OF HENDERSON ET AL. C. A. 9th Cir. Certiorari denied. 

No. 94–675. MOORE v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 94–682. ROBINOWITZ v. RESOLUTION TRUST CORPORATION, AS RECEIVER FOR GIBRALTAR SAVINGS, ET AL. C. A. 5th Cir. Certiorari denied. 

No. 94–706. WHITE SWAN, LTD. v. NATURE CO. C. A. 9th Cir. Certiorari denied. 

No. 94–714. RAINE, TRUSTEE OF THE TELEVISION TRUST AGREEMENT v. GLEASON, FORMERLY PERSONAL REPRESENTATIVE OF THE ESTATE OF GLEASON, DECEASED. Dist. Ct. App. Fla., 4th Dist. Certiorari denied. 

No. 94–720. DEVRIES ET AL. v. VERMONT. Sup. Ct. Vt. Certiorari denied. 

No. 94–723. LILBURN v. MONTANA. Sup. Ct. Mont. Certiorari denied. 

No. 94–729. KRAUSE v. COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. 

No. 94–730. CICIPPIO ET AL. v. ISLAMIC REPUBLIC OF IRAN. C. A. D. C. Cir. Certiorari denied. 

No. 94–734. LUSSIER v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied. 
